**LAQUER, URBAN, CLIFFORD & HODGE, LLP**
MICHAEL A. URBAN, Washington State Bar No. 20251
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: urban@luch.com

**Counsel for Plaintiffs**

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>DRAEGER CONSTRUCTION, LLC, a Nevada limited liability company; DESIGN BUILDERS, LTD., a Nevada corporation, d/b/a DESIGN BUILDERS; ORION CORP., a Nevada corporation, d/b/a ORION OF NEVADA; ROCK & WATERSCAPE CREATIONS, INC., a Nevada corporation; WM MASTERS AND ASSOCIATES, INC., a Texas corporation; and DOES I through X, inclusive,<br><br>    Defendants. | CASE NO.: 3:11-mc-05001-JRC<br><br>**ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>DATE: May 6, 2011<br>TIME: 9:30 a.m.<br>COURTROOM: D |

The above-entitled case came on regularly for hearing on the Court's Order for Examination of Jonathon Winston, President of Defendant Orion Corp., before the Court, the Honorable J. Richard Creatura, United States Magistrate Judge, presiding. Michael A. Urban of Laquer, Urban, Clifford & Hodge LLP, appeared as counsel for plaintiffs and moving parties, Trustees of the Operating Engineers

Pension Trust, et al. No appearance was made on behalf of Jonathon Winston even though he was personally served with this Court's Order for Appearance.

Good cause appearing from the foregoing facts, for an Order to Show Cause re Contempt, **IT IS HEREBY ORDERED** that Jonathon Winston, President of Defendant/Judgment Debtor Orion Corp., appear in **Courtroom D** at the **United States District Courthouse for the Western District of Washington**, located at **1717 Pacific Avenue, Tacoma, Washington 98402**, on **Friday the 6th of May, 2011 at 9:30 a.m.**, to show cause, if any he has, why he should not be adjudged guilty of contempt of Court and punished accordingly for the willful action of disobeying the Order of this Court and ordered to pay additional costs to the plaintiffs' counsel as sanctions for the failure to comply with a previous Order of the Court.

DATED this _____ of _____, 2011.

By: _____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE J. RICHARD CREATURA

Submitted by:

**LAQUER URBAN CLIFFORD & HODGE, LLP**

By: _____/s/ Michael A. Urban_____
MICHAEL A. URBAN, Washington State Bar No. 20251
**Counsel for Plaintiffs**