# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> DRAEGER CONSTRUCTION, LLC, a Nevada limited liability company; DESIGN BUILDERS, LTD., a Nevada corporation, d/b/a/ DESIGN BUILDERS; ORIOIN CORP., a Nevada corporation, d/b/a ORION OF NEVADA; ROCK & WATERSCAPE CREATIONS, INC., a Nevada corporation; WM MASTERS AND ASSOCIATES, INC., a Texas corporation; and DOES I through X, inclusive, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: MS11-5001KLS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Plaintiffs are awarded the total of $1,064 as reasonable attorney fees related to the failure of Mr. Winston to appear at the scheduled hearing on April 8, 2011 and costs of $315.00 for a total judgment of $1,379.00.

…

Dated this 1 day of December, 2011.

_William M. McCool_____
Clerk

Deputy Clerk